C. A. 11th Cir.;
Sup. Ct. Ill.;
Sup. Ct. Ky.;
C. A. 11th Cir.;
Ct. Crim. App. Ala.;
C. A. 5th Cir.;
C. A. 11th Cir.;
Sup. Ct. Ga.;
Sup. Ct. Cal.;
Sup. Ct. Cal.; and
Ct. App. Mo., Eastern Dist. Certiorari denied. Reported below: No. 87-5617, 820 F. 2d 1137; No. 87-6740, 119 Ill. 2d 61, 518 N. E. 2d 78; No. 87-7103, 746 S. W. 2d 393; No. 88-5082, 838 F. 2d 1510; No. 88-5473, 527 So. 2d 1355; No. 88-5687, 849 F. 2d 204; No. 88-5828, 854 F. 2d 394; No. 88-6310, 46 Cal. 3d 432, 758 P. 2d 1135; No. 88-6410, 757 S. W. 2d 249.